■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO DURAN, Appellant. [730 NYS2d 221] —Judgment, Supreme Court, Bronx County (Steven Barrett, J.), rendered February 9, 1999, convicting defendant, after a jury trial, of murder in the second degree and attempted murder in the second degree, and sentencing him to consecutive terms of 25 years to life and 12½ to 25 years, respectively, unanimously affirmed.

Defendant's claim that his right to be present during jury selection was violated is unreviewable because the record does not establish defendant's exclusion from the proceeding at issue (*People v Maher*, 89 NY2d 318, 325). On the contrary, a fair reading of the record indicates that the events at issue transpired in open court rather than at sidebar. In any event, the record establishes a valid waiver of defendant's right to be present at sidebar conferences with prospective jurors. Moreover, defendant could not have made a meaningful contribution to the discussion at issue, since the excusal of the juror was in the nature of an uncontested excusal for cause (*People v Diaz*, 270 AD2d 167, *lv denied* 95 NY2d 834). Concur—Rubin, J. P., Saxe, Buckley, Friedman and Marlow, JJ.